**R & M REALTY, INC. v. HEILQUAKER CORPORATION, Appellant, No. 326-76**

February 15, 1977. There being no final judgment below under V.R.C.P. 54(b), and no compliance with V.R.A.P. 5, the purported appeal is dismissed.